☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK: Wings Hom | REPORTER/TAPE NO.: FTR 10:14-10:18 |
|---|---|---|
| MAGISTRATE JUDGE: James Larson | DATE: April 28, 2006 | ☐ NEW CASE — CASE NUMBER: 1-06-70246 NJV |

E-Filing
FILED
2006 APR 28 PM 1:24
RICHARD W. WIEKING
CLERK
U.S.

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | |
|---|---|---|---|---|---|
| Michael Russell | | Y | P | Ron Tyler | ☐ PD. ☐ APPT. ☐ RET. |

| U.S. ATTORNEY | INTERPRETER | |
|---|---|---|
| Derek Owens | | ☐ FIN. AFFIDAVIT SUBMITTED<br>☐ DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL<br>☐ COUNSEL APPOINTED<br>☐ PARTIAL PAYMENT OF CJA FEES ORDERED |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | |

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☒ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |

## RELEASE

| | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |

PROPERTY POSTED/TO BE POSTED

☐ CASH $ ☐ CORPORATE SECURITY REAL PROPERTY: ☐

| | | | | | |
|---|---|---|---|---|---|
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

| ORDER REMOVED TO THE DISTRICT OF | OTHER: |
|---|---|
| | |

## PLEA

| | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS:1 |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

## CONTINUANCE

| | | | | |
|---|---|---|---|---|
| TO: 5-2-06 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
| AT: 9:30 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. JL | ☒ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☒ STATUS |

## ADDITIONAL PROCEEDINGS

COPIES SENT TO: Venice , USPO

DOCUMENT NUMBER: