IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL REX RUSSELL, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1-06-70246 NJV <br><br> [~~PROPOSED~~] ORDER RELEASING DEFENDANT |

The defendant is hereby released from custody. He is directed to reside at Cornell Corrections. He is permitted to leave the facility for court, attorney visits, medical or mental health treatment, to seek or maintain employment and for such other reasons as are normally permitted, as directed by Pretrial Services.

The defendant is also ordered to report to Pretrial Services, as directed.

IT IS SO ORDERED.

Dated: July 27, 2006

JAMES
United

*[Signature: Judge James Larson — IT IS SO ORDERED, Northern District of California seal]*

Approved as to form: *[signature]*
Derek Owens, SAUSA