```
1   KEVIN V. RYAN (CASBN 118321)
    United States Attorney
2
    MARK L. KROTOSKI (CASBN 138549)
3   Chief, Criminal Division

4   DEREK R. OWENS (CASBN 230237)
    Special Assistant United States Attorney
5
       450 Golden Gate Avenue; Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      FAX: (415) 436-7234
       derek.owens@usdoj.gov
8
    Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1-06-70246 |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING DETENTION |
| v. ) | HEARING AND WAIVING TIME |
| ) | |
| MICHAEL RUSSELL ) | |
|   a/k/a Rex Russell ) | |
| ) | SAN FRANCISCO VENUE |
| Defendant. ) | |
| _____ ) | |

    On September 8, 2006, the parties in this case appeared before the Court for a hearing where the Court made the ruling on Mr. Russell's competency to stand trial. On September 8, 2006, the parties stipulated that the next hearing would be September 28, 2006, and that time should be excluded from the Speedy Trial Act calculations from September 8, 2006, through September 28, 2006, for the effective preparation of defense counsel and government counsel in attempting to reach a resolution in the matter, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

    The parties also stipulated on September 8, 2006, that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and

Stipulation and [Proposed] Order
1-06-70246

waived from September 8, 2006, through September 28, 2006.  The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.

**IT IS SO STIPULATED**.

                                              Respectfully submitted,

                                              KEVIN V. RYAN
United States Attorney

DATED:  09/19/06                            /s/ Derek R. Owens
                                              DEREK R. OWENS
Special Assistant U.S. Attorney

DATED:  09/20/06                            /s/ Ron Tyler
                                              RON TYLER
Attorney for Defendant Russell

As the Court found on September 8, 2006, and for the reasons stated above, the Court finds that an exclusion of time from September 8, 2006, to and including September 28, 2006, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).  The Court also finds that good cause exists pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d) to waive and toll the time limits set forth in FRCP 5.1(c) from September 8, 2006, to and including September 28, 2006.

**IT IS SO ORDERED.**

DATED:  September 22, 2006

*IT IS SO ORDERED*
*/s/ James Larson*
Judge James Larson

Stipulation and [Proposed] Order
1-06-70246