```
1   KEVIN V. RYAN (CASBN 118321)
    United States Attorney
2
3   MARK L. KROTOSKI (CASBN 138549)
    Chief, Criminal Division
4
    DEREK R. OWENS (CASBN 230237)
5   Special Assistant United States Attorney

6      450 Golden Gate Avenue; Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-6488
       FAX: (415) 436-7234
8      derek.owens@usdoj.gov

9   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-0646 MHP |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] <u>ORDER EXCLUDING TIME</u> |
| v. ) | |
| MICHAEL RUSSELL ) a/k/a Rex Russell ) | SAN FRANCISCO VENUE |
| Defendant. ) | |

On October 16, 2006, the parties in this case appeared before the Court for a status conference. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from October 16, 2006, through November 13, 2006, for continuity of counsel and for effective preparation of defense counsel because additional discovery was being provided by the government. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting

Stipulation and [Proposed] Order
CR 06-0646 MHP

1  such a continuance outweighed the best interests of the public and the defendant in a
2  speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

6                                          KEVIN V. RYAN
                                           United States Attorney

8  DATED:  10/20/2006                      /s/   Derek R. Owens
9                                          DEREK R. OWENS
                                           Special Assistant United States Attorney

12 DATED:  10/26/2006                      /s/ Ronald Tyler
                                           RONALD TYLER
13                                         Attorney for Michael Russell

15     As the Court found on October 16, 2006, and for the reasons stated above, the Court
16 finds that an exclusion of time between October 16, 2006, through November 13, 2006, is
17 warranted and that the ends of justice served by the continuance outweigh the best
18 interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).
19 The failure to grant the requested continuance would deny defense counsel the reasonable
20 time necessary for effective preparation, taking into account the exercise of due diligence,
21 and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

23 SO ORDERED.

24 DATED: 11/8/2006
25                                          THE HONORABLE MARILYN HALL PATEL
                                            United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation and [Proposed] Order
CR 06-0646 MHP