1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

2

3 | MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

E-Filing

4 | DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue; Box 36055
San Francisco, California 94102
Telephone: (415) 436-6488

7 | FAX: (415) 436-7234
derek.owens@usdoj.gov

8

Attorneys for Plaintiff

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,          )    No. 06-0646 MHP
                                        )
15 |        Plaintiff,                   )    STIPULATION AND [PROPOSED]
                                        )    ORDER EXCLUDING TIME
16 |   v.                               )
                                        )
17 | MICHAEL RUSSELL                     )
     a/k/a Rex Russell                  )    SAN FRANCISCO VENUE
18 |                                    )
            Defendant.                  )
19 | _____  )

20

21 |        On November 13, 2006, the parties in this case appeared before the Court for a status

22 | conference. At that time, the parties stipulated that time should be excluded from the

23 | Speedy Trial Act calculations from November 13, 2006, through December 4, 2006, for

24 | continuity of counsel and for effective preparation of defense counsel regarding a

25 | proposed plea agreement offered by the government. The parties represented that

26 | granting the continuance was for the reasonable time necessary for effective preparation

27 | of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. §

28 | 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting

Stipulation and [Proposed] Order
CR 06-0646 MHP

1   such a continuance outweighed the best interests of the public and the defendant in a

2   speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

3

4   SO STIPULATED:

5

6                                                    KEVIN V. RYAN
                                                     United States Attorney
7

8                    11/17/2006                      /s/ Derek R. Owens
    DATED: _____                  _____
9                                                    DEREK R. OWENS
                                                     Special Assistant United States Attorney
10

11

    DATED:   11/17/06                                /s/ Ronald Tyler
12                                                   _____
                                                     RONALD TYLER
13                                                   Attorney for Michael Russell

14

15       As the Court found on November 13, 2006, and for the reasons stated above, the Court

16   finds that an exclusion of time between November 13, 2006, through December 4, 2006,

17   is warranted and that the ends of justice served by the continuance outweigh the best

18   interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).

19   The failure to grant the requested continuance would deny defense counsel the reasonable

20   time necessary for effective preparation, taking into account the exercise of due diligence,

21   and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

22

23   SO ORDERED.

24   DATED:   11/29/06           _____

25                               THE HONORABLE MARILYN HALL PATEL
                                 United States District Court Judge
26

27

28

Stipulation and [Proposed] Order
CR 06-0646 MHP