KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue; Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-0646 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| MICHAEL RUSSELL a/k/a Rex Russell | SAN FRANCISCO VENUE |
| Defendant. | |

    On December 18, 2006, the parties in this case appeared before the Court for a status conference. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from December 18, 2006, through January 22, 2007, for continuity of counsel and for effective preparation of defense counsel regarding a proposed plea agreement offered by the government. See 18 U.S.C. § 3161(h)(1)(I). The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(1)(B)(iv). The parties also agreed that the ends of

Stipulation and [Proposed] Order
CR 06-0646 MHP

justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                            KEVIN V. RYAN
                                            United States Attorney

DATED: 01/08/2007          /s/ Derek R. Owens
                                            DEREK R. OWENS
                                            Special Assistant United States Attorney

DATED: 01/08/2007          /s/ Ronald Tyler
                                            RONALD TYLER
                                            Attorney for Michael Russell

As the Court found on December 18, 2006, and for the reasons stated above, the Court finds that an exclusion of time between December 18, 2006, through January 22, 2007, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 1/10/07                                         _____
                                            THE HONORABLE MARILYN HALL PATEL
                                            United States District Court Judge