IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL REX RUSSELL,<br><br>Defendant. | ) No. CR 06-0646 MHP<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING HEARING AND<br>) EXCLUDING TIME<br>) |

## STIPULATION

The parties agree to continue the hearing in the above-captioned matter from February 12, 2007 until March 12, 2007 at 10:00 a.m. This matter was referred for a settlement conference and the continuance is necessary in order to complete that process. The parties also request that time be excluded under the Speedy Trial Act based upon the continuing need for effective preparation by defense counsel.

It is so stipulated.

DATED: February 6, 2007       _____/s/_____
RONALD TYLER
Assistant Federal Public Defender
Counsel for Michael Rex Russell


DATED: February 6, 2007       _____/s/_____
DEREK OWENS
Assistant United States Attorney

STIP & ORDER CONTINUING
HEARING
*United States v. Michael Rex Russell*
CR 06-0646 MHP

**ORDER**

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, this matter is continued until March 12, 2007 at 10:00 a.m. Pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from February 12, 2007 until March 12, 2007 at 10:00 a.m. is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

DATED: 2/12/07

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING HEARING
*United States v. Michael Rex Russell*
CR 06-0646 MHP               - 2 -