```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  RONALD TYLER
    Assistant Federal Public Defender
 3  19th Floor Federal Building – Box 36106
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant RUSSELL
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  No. CR 06-0646 MHP
                                     )
12               Plaintiff,          )  STIPULATION AND [PROPOSED]
                                     )  ORDER TO CONTINUE THE
13  vs.                              )  SENTENCING DATE
                                     )
14  MICHAEL REX RUSSELL,             )
                                     )
15               Defendant.          )
                                     )
16
```

The above-captioned matter is scheduled for a sentencing hearing before the Court on June 11, 2007. The parties agree to and request a continuance of the sentencing date from June 11, 2007 until July 9, 2007 at 10:00 a.m.

The continuance is requested due to a delay in scheduling the presentence interview because of the distance involved. Mr. Russell lives near Eureka, California. The presentence investigation interview has now been conducted, in Santa Rosa, California. The requested continuance will afford time to complete the report.

Defense counsel has contacted the United States Probation Officer, J.D. Woods and the Assistant United States Attorney, Derek Owens, and there is no objection to the requested

Stipulation and Order Continuing
Sentencing Date
*United States v. Russell*
CR 06-0646 MHP                                          1

1  continuance.

2

3       IT IS SO STIPULATED.

4

5  DATED: 5/21/07

   _____
   RONALD TYLER
6  Assistant Federal Public Defender
   Counsel for Michael Rex Russell

7

8  DATED: 5/22/07

   _____
   DEREK OWENS
9  Assistant United States Attorney

10

11      IT IS SO ORDERED.

12

13 DATED:   May 25, 2007

   _____
14 MARILYN H. PATEL
   United States District Judge

15

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

26 Stipulation and Order Continuing
   Sentencing Date
   *United States v. Russell*
   CR 06-0646 MHP                                    2