1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 439-7700

5  Counsel for Defendant RUSSELL

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  No. CR 06-0646 MHP
11                                  )
                Plaintiff,          )  **STIPULATION AND [PROPOSED]**
12                                  )  **ORDER TO CONTINUE STATUS**
   v.                               )  **HEARING**
13                                  )
   MICHAEL REX RUSSELL,             )
14                                  )
                Defendant.          )
15 _____)

16
        Defendant and the government, through their respective counsel, hereby stipulate that,
17
   subject to the court's approval, the status hearing in the above-captioned matter, presently
18
   scheduled for Monday, May 26, 2008, at 10:00 a.m., be continued to Monday, June 16, 2008, at
19
   10:00 a.m.  The reason for the continuance is that the presently set date falls on Memorial Day.
20
   All parties are available on the requested date.
21
        IT IS SO STIPULATED:
22
   Dated:  ____5/6/08_____           ___/s/_____
23                                          RONALD C. TYLER
                                            Assistant Federal Public Defender
24

25 Dated:  ____5/5/08_____           ___/s/_____
                                            DEREK R. OWENS
26                                          Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE; *U.S. v. Russell*
No. CR 06-0646 MHP                   1

1 **[PROPOSED] ORDER**

2   GOOD CAUSE APPEARING, it is hereby ORDERED that the status hearing in the

3 aforementioned matter currently set for Monday, May 26, 2008, at 10:00 a.m., shall be continued

4 to Monday, June 16, 2008, at 10:00 a.m.

5 **IT IS SO ORDERED.**

6

7
   Dated: 5/7/2008

8                                            THE HONORABLE MARILYN H. PATEL
                                             UNITED STATES DISTRICT COURT JUDGE

