BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Russell

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0646 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING** |
| v. | |
| MICHAEL REX RUSSELL, | |
| Defendant. | |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently set for January 11, 2010, be continued to Monday, February 1, 2010, at 11:00 a.m. The reason for the continuance is the defendant, who travels from northern California to attend court appearances, has lost his means of transportation and must make new arrangements.

//

//

//

//

1  All parties and the probation officer are available on the requested date.

2  IT IS SO STIPULATED.

4  Dated:  January 5, 2010                              _____/s/_____
                                                         RONALD C. TYLER
5                                                        Assistant Federal Public Defender
                                                         Counsel for Michael Rex Russell

7  Dated:  January 5, 2010                              _____/s/_____
                                                         DEREK R. OWENS
8                                                        Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the hearing in the aforementioned matter currently set for January 11, 2010 shall be continued to Monday, February 1, 2010, at 11:00 a.m.

**IT IS SO ORDERED**.

Dated:  1/5/2010                                        _____
                                                         HON. MARILYN H. PATEL
                                                         United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

STIPULATION TO CONTINUE
HEARING;
CR 06-0646 MHP                                          2